Plaintiff's Name _Mr. Christopher Harris_

Inmate No. _AC# 3554_

Address _P.O. Box 5242_

_Corcoran Ca. 93212_

_CSATF Prison_

**FILED**

AUG 25 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_1:25-cv-0029_

(Name of Plaintiff) _Mr. Christopher Harris_     (Case Number) _1:25-cv-00029-JLT-BA_

VS.

_Felix, (Sergeant)_

_Urban, (Lieutenant)_

_B. Phillips (Warden)._

_____

_____

_____

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

AUG 25 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A.  Have you brought any other lawsuits while a prisoner?  Yes ✓  No____

B.  If your answer to A is yes, how many? ____1____

   Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

   Plaintiff _Mr. Christopher Harris_ vs _____

   Defendants _Lopez, et al.,_ _____

   _____

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
   _Eastern District_

   3. Docket Number_N-01295-JLT-E.PG_ 4. Assigned Judge _Erica P. Grosjean_

   5. Disposition  (Was the case dismissed? Appealed? (Is it still pending?)  " Yes "

I.

6. Filing Date (approx.) 10-23-2024    7. Disposition Date (approx.) (Still Pending)

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ___✓___    No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ___✓___    No_____

C. Is the process completed?

Yes ___✓___        If your answer is yes, briefly explain what happened at each level.

"REFER" TO EXHIBIT "A"

No_____        If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name ___Felix___ is employed as ___(Sergeant)___

Current Address/Place of Employment ___CSATF Prison___

II.

B. Name _____Urban_____ is employed as _(Lieutenant)_

Current Address/Place of Employment _CSATF Prison_

C. Name _B. Phillips_ is employed as _(Warden)_

Current Address/Place of Employment _CSATF Prison_

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

<u>Claim 1</u>: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Prison officials violated Plaintiffs "Eighth" Amendment right," when they acted with "deliberate" Indifference to prison condition that exposes this Plaintiff to unreasonable

<u>Supporting Facts</u> (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Prison officials violated Plaintiffs Eighth Amendment rights" when they acted with deliberate indifference to a prison condition that exposes this Plaintiff to an unreasonable risk and deprives this Plaintiff of a basic human need, and or right according to Law, ("Condition that are "Harsh" "but" "not" Harmful" do-not" violate the constitution)," CONTINUE FROM PAGE "2

III.

CONTINUE FROM PAGE 2

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

"Retaliation". All defendants named herein, violated Plaintiff's First Amendment; defendants Sgt. Felix & L.T. Urban, have received Appeals from plaintiff pursuant

CONT. FROM PAGE 6

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

That all defendants be held accountable for their conduct, and that all defendants acted with an "Evil" motive and demonstrated Reckless indifference to the Constitutional rights of Plaintiff, and their conduct merits a Punitive award, In the amount of Three Hundred & Fifty Thousand Dollards ($350,000.00), According to Justice And Law.

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 8-19-25        Signature of Plaintiff: _Christopher Harris_

(Revised 4/4/14)

risk, and "deprives" this Plaintiff of a basic human need, and "right" according to Law.

1.

CONTINUE FROM CLAIM 1,
Supporting Facts

On, 5-20-2024 (in Unit #4) I witnessed 10- to "20" officers (Male & female) enter the Unit, and went directly to inmates cell door, and pulled them out, and ordered them, to - line up by the benches," And was told to strip of "all" clothing, (in front of female & Male officers), with body cameras", when the offic- ers made it to my cell, they ordered "I" and my cellie to exit the cell and "STRIP out" and was placed into lower shower "naked," (SGT. Felix & Lt. Urban, were there at all times, giving orders)," although Plaintiff presented his Transgender card" that were of "NO" concern, not addressed" (SEE EX "B"). Sergeant Felix, and Lieutenant Urban had knowledge & Acquiescence of the violations of Plaintiff's rights" and were in a position to "correct" them, and further failed to do so defendant's, Felix ("SGT."), & Urban ("LT.") had personal involvement through "orders" given of personal directions to their subordinates, by doing so" caused constitutional deprivation defendants participated directly in the in- fraction" ordered their subordinates, to impose those "illegal" acts" and "failed" to remedy a continuing, and egregious wrong after - learning of the violation, and further cre- ate a policy or custom under which the -

- unconstitutional practices occurred and allowed such policy and custom to continue, and they were grossly negligent in managing subordinates who actually caused the constitutional deprivation.

And Further, the defendants knew of the violations imposed upon Plaintiff, and "did not" respond to it at all, (SEE, Farmer N Brennan 511 U.S. 825 (1994), the violations were so obvious that the defendants knew about, and purposefully ignored it" And Further plaintiff has written complaints, and grievance reports along with other prisoners, as well as prison records that refer to the problem. Prison officials, "cannot" ignore a problem once it is brought to their attention (SEE - Vance v Peters, 97. F. 3d 987 (7th Cir. 1996). Plaintiff "succinctly" focused on the "badge of authority, pursuant to these "seeable" and "Knowledgeable" violations" witnessed, seen and heard by both authoritarian officers, (defendants, Felix "SGT." & Urban "LT."), the badge of authority, "may not ignore" the duty imposed by his office, and fail to "stop" other officers who summarily punish a third person in his presence, or otherwise within his knowledge (In Byrd v Broshtke, et al, 466 F. 2d 6 (7th cir. 1972).

3.

There are many judicial decisions supporting and applying the principles outlined in the _Byrd_ cases," (SEE _Inmates of Attica Correctional Facility_ v _Rockefeller_, 453 F.2d (2nd Cir. 1971), & _Wiltsie_ v _cal. Dept. of Corrections_, 406 F.2d 515 (9th Cir. 1968). Plaintiff, has "_not_" at anytime pursuant to the Language and broad interpretation of "Law", predicated Liability solely on operation of respondeat superior," B. Phillips (Warden), according to Law personal involvement can be shown by having actual Knowledge and Acquiescence of the issues," but failed to remedy a continuing a egregious wrong after Learning of a violation, (meaning, B. Phillips was made aware of this incident, and previous others, but Plaintiff did not receive any response from his office," that intells - "Conspiracy", and advocated conduct, And a "12" panel jury will also find guilty). Defendant B. Phillips conduct was intentional and purposeful, and that he was a perpetrator of the constitutional deprivation," (SEE,- _Howell_ v _Cataldi_, 464 F.2d 272, 282 (3RD Cir. 1972)" _Brown_ v _Sielaff_, 474 F.2d 826, 827 (3RD Cir. 1973).

Plaintiff doesn't object to defendants strip search procedure, "but" to defendants "deliberate acts of "prolong" nakedness", which were unnecessary, and unwarranted pursuant to the circumstances of actual search, (leaving Plaintiff in shower and on Day-Room Floor naked for an unjustifiable length of time was intentional and "purposeful", and that defendants, (SGT. Felix & LT. Urban) supervisory officials, gave express direct orders to have Plaintiff "with other inmates" placed naked in shower, and upon Day-Room Floor for long length of time" with body cameras attach to each officers vest," and therefore are responsible for any & "All" unconstitutional deprivation that plaintiff suffered.

5.

- to their behavior and conduct against him, which were to intimidate plaintiff, and cause a problem within the institution, which would lead to disorder", their aim were to disswade plaintiff from taken further action against - them legally, And their acts against plaintif f were "not" justifiable, nor did their acts advance Legitimate correctional ate-peaolo gical goal, (SEE EX "A").

6.

Plaintiff, must plead within a "modicum" of factual specificity, identifying the specific conduct of each defendant that is alleged to have "Harmed" Plaintiff, (Ross v Meagan, 638 F. 2d 646, 650 (3RD CIR. 1981).

"Furthermore", Plaintiff has to "extricate" et al ( Jane Doe & John Doe from civil complaint) Plaintiff is unable to gather the names of the subordinates "that were ordered to implement these illegal acts onto plaintiff; Pursuant to Gillespie v Civiletti, 629. F. 2d 637, 642 (9th Cir. 1980), Jane Doe, and John Doe, against favored according to "Law" ( ET AL. is Dismissed ).

Respectfully
Submitted:

Signed: Christopher Harris
IN PRO SE

Dated: 8-19-2025

# EXHIBIT

# A

EXHIBIT A

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

577657

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: | Date Received: |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

**Claimant Name:** *Chris Harris*  **CDCR #:** *AC3554*

**Institution/Parole Region:** *C-SATF*  **Current Housing/Parole Unit:** *D4-206*

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

  *NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

On May 20th around 9am or 10am in Building 4 on facility D. I witnessed 10 to 20 men and female C/Os inter the Building and go straight to inmates cell pulling them out cell by cell and told them to line up by the benches, And was told to strip out infront of females and with cameras still on. There were people on their doors looking from their cell front door window in Shock seeing this innerpropiate behaviour and degrading act being put on. Soon they made their way to my cell and told me and my celly we had to come out and get stripped searched on the dayroom floor infront of everybody. I immediately show the C/O my card for being transgender, the C/O tells me to still come out, and was taken to the shower in the Lower C-Section for my unclothed body

ADA Accessible

STATE OF CALIFORNIA
GRIEVANCE
CDCR 602-1 (Rev. 01/22)

CONTINUATION PAGE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Search. When I stepped in the shower and stripped out, the C/O never turned off his camera, the female C/O who was in the tower had a full view of me and the other women C/O's who was on the floor with there cameras on just recording all of this. This was very wrong and has left me paralized and emotionally hurt and scared. I don't know why we were humiliated like this. This whole search was done that reason to embarrass me I feel, And to sexually exploit me. I feel like I was raped and tooking advantage of by the whole ordeal. My paranoid has been very high and my Anxiety. This has took a toll on me, I would like to file this as a staff misconduct and sexual exploiting inmates for there own sexual fantasys. And I would like whoever ordered these C/o's to come search us needs to be fired and banned from ever working in the department of corrections. I filed this 602 on 6-2-2024 and some how it was Never sent to the appeals office, This is 2nd one im putting in.

Claimant Signature: _Chris Harris_

Date Signed: _6-13-24_

ADA Accessible

State of California                                                Department of Corrections and Rehabilitation

# Memorandum

Date:    June 25, 2024

To:      Inmate Harris AC3554
         Facility D
         D 004 2-206001L

Subject:  **ALLEGATION OF STAFF MISCONDUCT RECEIPT ACKNOWLEDGMENT FOR OFFICE OF INTERNAL AFFAIRS
          CORRESPONDENCE: OIA LETTER**

The California Department of Corrections and Rehabilitation, Substance Abuse Treatment
Facility and State Prison has received your allegation of Staff Misconduct. The above allegation
referenced in the OIA correspondence letter has been **closed as a Duplicate.** You have written
grievances with identical allegations **(GL# 577657),** which have or are being addressed within
the Office of Grievances. There is nothing further the Internal Affairs Unit can investigate. Any
further complaints can be submitted on CDCR-602 to the Grievance/Appeals offices. Thank you.


_____                          06/25/2024
B.A. BANKSTON                                            DATE:
Correctional Lieutenant
Security Squad Investigations / Internal Affairs Unit
California Substance Abuse Treatment Facility and State Prison at Corcoran

629555    SEP 25 2024.    9-18-24

From: Christopher Harris #AC3554
To: Employee Relations office
24863 W. Jayne Ave
Coalinga, CA. 93210

I was never giving No response
to this grievance, And the time
has passed, They had until
8-14-2024 to answer the
grievance, I even sent a
request asking them to reply
to my grievance. This never
happened. The Log #000000577657
for my grievance. I am
not satisfied with how this
has been handled, And im
taking this to the next Level.

I was told to send my appeal
to you guys and you would
answer this. Thank you for
your time.

X Christopher Harris.
Date    9-18-24

Case 1:25-cv-00029-JLT-BAM   Document 16   Filed 08/25/25   Page 18 of 25



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** HARRIS, CHRISTOPHER                    **CDC#:** AC3554

**Date:** 09/25/2024

**Current Location:** SATF-Facility D                    **Current Area/Bed:** D 004 2206001L

**From:** Office of Grievances at Pleasant Valley State Prison

**Re:** Log # 000000629555

The California Department of Corrections and Rehabilitation, Office of Grievances at Pleasant Valley State Prison, received your grievance or request for reasonable accommodation on 09/25/2024, which was submitted on 09/24/2024.

Your grievance or request for reasonable accommodation has been assigned for review and response.

Pursuant to applicable rules, the Reasonable Accommodation Panel will complete its review of any requests for reasonable accommodation no later than 30 calendar days after receiving it, which falls on 10/25/2024. Pursuant to Title 15, section 3483(g), the Department will complete its review of any claims submitted in a grievance no later than 60 calendar days after receiving it, which falls on 11/25/2024.

Please be informed that the Department will not respond to any inquiries about the status of this grievance or request for reasonable accommodation prior to 11/25/2024.

Once you receive a response and if you are dissatisfied with the Department's decision, you may file an appeal with the California Department of Corrections and Rehabilitation, Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** HARRIS, CHRISTOPHER                    **CDC#:** AC3554

**Date:** 06/14/2024

**Current Location:** SATF-Facility D                    **Current Area/Bed:** D 004 2206001L

**From:** Office of Grievances at California Substance Abuse Treatment Facility

**Re:** Log # 000000577657

The California Department of Corrections and Rehabilitation Office of Grievances at California Substance Abuse Treatment Facility received your grievance on 06/14/2024. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 08/14/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

 CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

INSTRUCTIONS: Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** HARRIS, CHRISTOPHER                **Date:** 11/13/2024
**CDC#:** AC3554
**Current Location:** SATF-Facility D                **Current Area/Bed:** D 004 2 - 206001L

**og #:** 000000631005

**Claim #: 001**

**Received at Institution/Parole Region:**    California Substance Abuse Treatment Facility
**Submitted to Facility/Parole District:**    SATF-Central Service
**Housing Area/Parole Unit:**
**Group:** Offender Services            **Category:** Other Services        **Sub-Category:** Other Services
**I. CLAIM**

CLAIM: 631005

You are contesting that you have not received a response to Grievance to LOG #577657.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

The California Code of Regulations (CCR), Title 15.

CCR 3483. Grievance Review

### B. DOCUMENTS CONSIDERED

Grievance Log #577657 and The Strategic Offender Management System (SOMS), Offender Grievance Tracking (OGT).

## III. REASONING AND DECISION

DENIED.

You are contesting that you have not received a response to Grievance to LOG #577657.

A review of The Strategic Offender Management System (SOMS), Offender Grievance Tracking (OGT) Log #577657 revealed, and the OOG at SATF produced a Grievance Response (Allegation of Staff Misconduct) on June 22, 2024 and mailed the Grievance Decision on June 25, 2025.

Based on the aforementioned your grievance has been DENIED at the Office of Grievances Level of review.

## IV. Comments

The investigation is currently being conducted outside the grievance and appeal process for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. The June 22, 2024 decision exhausted all administrative remedies available to you for this claim.

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY the claim.

If you are dissatisfied with the decision of this claim, you may appeal this decision by mailing a CDCR Form 602-2 to the Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| K. Huffman [HUKE005] | Reviewing Authority | 11/12/2024 |

# EXHIBIT

# B

# EXHIBIT B



NOT AN ID CARD

TRANSGENDER ACCESS CARD

HARRIS

AC3554

Gender Identity:
NON-BINARY
Preferred Pronoun:
HE/HIM/HIS
Preferred Honorific:
MR.
Search Preference:
NO PREFERENCE

TRANSGENDER ACCESS CARD

TRANSGENDER ACCESS CARD

NOT AN ID CARD

This card is not valid without possession of state issued identification card.

TRANSGENDER ACCESS CARD

ATTACHMENT D

INMATE NAME (PRINT)  _Mr Christopher H._
CDC NUMBER  _AC#3554_
HOUSING UNIT YARD/BUILDING NUMBER  _C#5 - #226_

## PROOF OF SERVICE BY MAIL

I UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF 18 YEARS OF AGE.  THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT:

LEGAL/CONFIDENTIAL MAIL ADDRESSED TO:

_United States District Court_
_Eastern District of California_
_2500 Tulare St. Rm. 1501_
_Fresno Cal. 93721-2201_

BY PLACING THE LEGAL/CONFIDENTIAL DOCUMENTS IN AN ENVELOPE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND LEAVING IT IN THE CUSTODY OF THAT SAME OFFICER AT THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON (CSATF/SP) TO BE MAILED VIA THE UNITED STATES MAIL.

THIS HAS BEEN EXECUTED ON (DATE) _8-19-2025_ AT CSATF/SP ON _C_ YARD.

I (INMATE PRINT NAME AND CDCR NUMBER) _Christopher Harris #AC3554_
DECLARE UNDER THE PENALTY OR PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

_Christopher Harris_
SIGNATURE OF INMATE

_[signature]_
SIGNATURE OF HOUSING OFFICER